UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADVENTURE MEDIA & EVENTS, LLC

Plaintiff,

-v-

CHARLENE OLIVER DELOACH,

Defendant.

26-cv-1858 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

Defendant Charlene Oliver DeLoach has moved to dismiss plaintiff's complaint for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). See ECF No. 18. After the completion of briefing on defendant's motion, the Court held oral argument on April 29, 2026. Upon full consideration of the parties' submissions and the representations of counsel at argument, the Court hereby grants defendant's motion to dismiss. An opinion setting forth the reasons for the Court's ruling will follow in due course.

SO ORDERED.

New York, NY
May 6 , 2026

_____
JED S. RAKOFF, U.S.D.J.

1