**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ADVENTURE MEDIA & EVENTS, LLC,

Plaintiff,

-against-

CHARLENE OLIVER DELOACH,

Defendant.
-------------------------------------------------------------------X

26 **CIVIL** 1858 (JSR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 28, 2026, the Court reconfirms its "bottom-line" order granting defendant's motion to dismiss; accordingly, the case is closed.

**Dated:** New York, New York

June 1, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**          K. mango
_____
**Deputy Clerk**